IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AVANIBEN SHAH,<br><br>PLAINTIFF,<br><br>*v.*<br><br>JAMES MCHENRY, ACTING U.S. ATTORNEY GENERAL, KRISTI NOEM, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, JENNIFER HIGGINS, ACTING DIRECTOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES, MICAH BROWN, DIRECTOR ATLANTA FIELD OFFICE, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>DEFENDANTS. | Civil Action No.<br>1:25-cv-00520-SDG |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REMAND**

Defendants have moved the Court to remand this matter to U.S. Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) so that USCIS may issue a decision on Plaintiff's application for naturalization, Form N-400. Plaintiff, through counsel, did not oppose Defendants' motion. The Court finds that remand to USCIS is appropriate and will exercise its discretion to remand this matter to USCIS to allow the administrative process to run its course

and to provide USCIS an opportunity to utilize its expertise in adjudicating naturalization applications.

Accordingly, the Court **REMANDS** this matter to USCIS and **ORDERS** USCIS to issue a decision on Plaintiff's application for naturalization, Form N-400, within fifteen days of the date of this Order.

The clerk is directed to **ADMINISTRAVELY CLOSE** this case. If USCIS does not adjudicate Plaintiff's application for naturalization, Form N-400, within fifteen days, Plaintiff may move to reopen this action.

**SO ORDERED** this 21st day of March, 2025.

Steven D. Grimberg
United States District Judge